UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BELINDA PELLEGRIN                                CIVIL ACTION

v.                                               NO. 10-4521

WINN DIXIE MONTGOMERY, LLC                       SECTION: "F"

ORDER AND REASONS

Before the Court is the plaintiff's request for oral argument on the defendant's motion for summary judgment. The request is DENIED for the following reasons.

It is the Court's policy to grant oral argument on motions if one of the following factors is present:

1. There is a need for an evidentiary hearing.
2. The motion or opposition papers involve a novel or complex issue of law that is unsettled.
3. The motion or opposition papers argue for a change in existing law.
4. The motion or opposition papers implicate a constitutional issue.
5. The case itself is of widespread community interest.

Because the motion does not involve any of the above factors, IT IS ORDERED: that the request for oral argument on the defendant's motion for summary judgment is DENIED.

New Orleans, Louisiana, September 28, 2011.

_____
            MARTIN L. C. FELDMAN
         UNITED STATES DISTRICT JUDGE